ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JOSEPH DAUSNER,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-02183-SKO<br>SECOND STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br>(Doc. 16) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 14, 2026, up to and including September 14, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 5) shall be further modified accordingly. This is the Defendant's second request for an extension. Since the Court granted Defendant's first extension request (ECF No. 15), Defendant identified a possibility for settlement of this matter, and respectfully requests this extension to allow sufficient time to complete internal discussions, and if necessary, negotiate with Plaintiff's

counsel regarding settlement. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed five responsive briefs and three settlement memoranda. In addition to this case, counsel has nine upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: August 14, 2026 By: /s/ *Paul Sachelari**
(*as authorized via e-mail on August 14, 2026)
PAUL SACHELARI
Attorney for Plaintiff

Dated: August 14, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 16), IT IS ORDERED that Defendant shall have an extension, *nunc pro tunc*, up to and including **September 14, 2026**, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **August 20, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE